**IN THE DISTRICT COURT OF THE VIRGIN ISLANDS**
**DIVISION OF ST. THOMAS AND ST. JOHN**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No. 3:24-cr-0013 |
| ) | |
| **SHERLAND CAMPBELL,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

## ORDER

  **THIS MATTER** comes before the Court on the Report and Recommendation of the United States Magistrate Judge dated April 16, 2025, ECF No. 165, recommending that the Defendant's plea of guilty to Count One of the First Superseding Indictment, Conspiracy to Possess a Controlled Substance with Intent to Distribute While on Board a Vessel Subject to the Jurisdiction of the United States, a violation of Title 46, United States Code, Sections 70503(a)(1), 70504(b)(2), and 70506(a) and (b), be accepted, and the defendant be adjudged guilty. After careful consideration and review, and there being no objection, it is hereby

  **ORDERED** that the Report and Recommendation, ECF No. 165, is **ADOPTED;** it is further

  **ORDERED** that Defendant Sherland Campbell's plea of guilty as to Count One of the First Superseding Indictment is **ACCEPTED**, and that Sherland Campbell is adjudged **GUILTY** on that count; it is further

  **ORDERED** that, pursuant to Fed. R. Crim. P. 32(c)(1)(A), the U.S. Probation Office shall conduct a presentence investigation for the preparation of a presentence report; it is further

  **ORDERED** that the U.S. Probation Office shall disclose the preliminary presentence report to the parties no later than **June 20, 2025;** it is further

  **ORDERED** that the parties shall submit any objections or corrections to the preliminary presentence report to the U.S. Probation Office no later than **July 3, 2025;** it is further

*United States v. Campbell*
Case No. 3:24-cr-0013
Order
Page **2** of **2**

**ORDERED** that the U.S. Probation Office shall disclose the final presentence report to the parties and the Court no later than **July 11, 2025;** it is further

**ORDERED** that the parties shall file their sentencing memoranda no later than **August 1, 2025;** it is further

**ORDERED** that a sentencing hearing shall be held on **August 15, 2025, at 9:00 A.M. in STT Courtroom No. 1**.

**Dated:** April 30, 2025               */s/ Robert A. Molloy*_____
                                          **ROBERT A. MOLLOY**
                                          **Chief Judge**